

# United States Court of Appeals
# for the Fifth Circuit

Certified as a true copy and issued as the mandate on May 24, 2025

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 24, 2025
Lyle W. Cayce
Clerk

No. 25-20203

---

Widmer Josneyder Agelviz-Sanguino; Lisbeth Carolina Sanguino; K.M.A.S.; K.J.A.S.,

*Petitioners—Appellees,*

*versus*

Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd Lyons, *Acting Director of United States Immigration and Customs Enforcement*; Kenneth Genalo, *Acting Executive Associate Director of Immigration and Customs Enforcement, Enforcement & Removal Operations*; Bret Bradford, *Immigration and Customs Enforcement Houston Field Office Director*; Pamela Bondi, *U.S. Attorney General*; Marco Rubio, *Secretary, U.S. Department of State*,

*Respondents—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-2116

---

UNPUBLISHED ORDER

Before Smith, Graves, and Willett, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that the appeal is dismissed without prejudice based on the dismissal of the district court action.